STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939
TELEPHONE: (415) 272-8210

**Attorney for Plaintiff**
My Nemesis, LLC, a California Limited Liability Corporation.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
|  | **PATENT** |
| **MY NEMESIS, LLC,** a California Limited Liability Corporation, | Case No. 3:17-cv-03814-MEJ |
| Plaintiff, | **Notice of Voluntary Dismissal** |
| v. |  |
| **TOMTOP GROUP LIMITED,** |  |
| Defendant. |  |

Plaintiff My Nemesis, LLC , by its undersigned attorney, for its complaint against Defendant TomTop Group Limited, hereby voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This dismissal is without prejudice, with each side to bear its own costs and fees.

Aug. 8, 2017              By  /s/ Steven A. Nielsen
                              Steven A. Nielsen

                              Attorneys for Plaintiff
                              MY NEMESIS, LLC, a California Limited Liability Corporation

1